UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLORIA J. HOEGH,

    **Plaintiff,**

v.    Case No. 6:15-cv-229-Orl-18DAB

HON. JOHN MARSHALL KEST,
    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff Gloria J. Hoegh's Motion for Leave to Appear in Forma Pauperis (Doc. 2). On March 2, 2015, United States Magistrate Judge David A. Baker issued a Report and Recommendation recommending that Hoegh's motion be denied and that the case be dismissed (Doc. 6), to which Hoegh objected on March 13, 2015 (Doc. 8). Having reviewed the Report and Recommendation (Doc. 6) and filings in this case, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 6) is **APPROVED, ADOPTED,** and **CONFIRMED** in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Gloria J. Hoegh's Motion for Leave to Appear in Forma Pauperis (Doc. 2) is **DENIED.**

3. Plaintiff Gloria J. Hoegh's Complaint (Doc. 1) is **DISMISSED.**

4. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this __7__ day of April, 2015

                      G. KENDALL SHARP
                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties